FILED
2012 Jan-25 PM 03:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

equitable tolling

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

42 U.S.C. 1983

FILED
2012 JAN 20 A 11: 24
U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number: #276457

Jeffrey S. Clegg

(Enter above the full name of the plaintiff in this action)

*NOTICE TO FILING PARTY*

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

CV-12-H-0226-NE

Bradley A. Snipes, Jason A. Potter
Dwight Hasty, Brett McCulley
Officers Schrader, Jansen,
Moore, And Smart

(Enter above full name(s) of the defendant(s) in this action)

Jury Trial Demanded

§ 28 U.S.C. 1331

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No ( ✓ )

B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: ______________________

______________________

Defendant(s): ______________________

______________________

2. Court (if Federal Court, name the district; if State Court, name the county) ____________________

3. Docket number ____________________

4. Name of judge to whom case was assigned ____________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ____________________

6. Approximate date of filing lawsuit ____________________

7. Approximate date of disposition ____________________

II. Place of present confinement Limestone Corr. Facility

A. Is there a prisoner grievance procedure in this institution?
Yes ( ) No ( ✓ )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( ) No ( ✓ )

C. If your answer is YES:

1. What steps did you take? WRote the Governor

2. What was the result? Governor done nothing

D. If your answer is NO, explain why not: ____________________

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Jeffrey S. Clegg SR.

Limestone Corr. Facility, I-Dorm, Bed 78-4A

Address 28779 Nick Davis Rd.

Harvest, AL 35749

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Jason A. Potter

Is employed as Police Officer (Huntsville Police Dept.)

at 2512 Triana Blvd. (1st), Huntsville, AL 35805

C. Additional Defendants Brett McCully - Investigator

Dwight Hasty - Investigator, Officers

~~Schart~~ Schrader, Jansen, Moore

And Smart And Bradley A. Snipes

IV. Statement of Claim CLAIM 1.

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

All of the named Defendants on the night of November 13, 2009, early morning of Nov. 14, 2009, illegally, unreasonably, seized, detained and illegally arrested the Plaintiff. Defendant

(See pg. 5 attached)

Jason A. Potter conducted a inventory search of the Plaintiff's 1987 Toyota Camry in his front yard of his home for the purpose of finding a crime. Officer Potter (See pg. 6)

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

$500,000 in monetary damages
Terminate all defendants from employment
Each defendant is sued in his individual capacity

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/19/2012.

SIGNATURE Jeffrey S. Clegg

ADDRESS Limestone Corr. Facility
28779 Nick Davis Rd.
Harvest, AL 35749

AIS # 276457

did not obtain A search warrant, neither did he have Probable Cause, nor were there exigent circumstances.

In furtherance, no one consented to Officer Potter searching this vehicle. He stated that he searched, for the purpose of impounding the vehicle. However, there was no reason to impound the vehicle, as it sat at rest on private property.

It was Alleged At the time, that I had committed A Robbery the night of November 13, 2009; And weeks prior Another Robbery occured. And in October 2009 Another Robbery had occured.

The Police had no description of me, And no License tag number of the 1987 Camry, As this car has no distinguishable factors, distinguishing it from cars like it. There were multiple cars just like the 1987 Camry in the Drake Avenue Area.

The Police could only keep stating

the same ole tired statements. "Fits the Description"... "Fits the Description." ... Fits the Description. At the most, the Police stated, that the Offender was tall & thin, and Drives an older Model Camry. Ten Million people in America is tall and thin.

Officer Bradley Snipes Repeatedly violated my Rights, by profiling me during the course of these Robberies, by stopping me and searching the Camry's trunk, and holding out my arms looking for intravenous needle marks on my arms... And then stating, "I am doing this, because you are coming off of a drug street, which the street was McVay. I lived one street over on Penny Street at 4003. So that was my neighborhood. Me circling the block, to go to the store, doesn't give Bradley Snipes probable cause to stop me and conduct a search of my body and my car. I never stopped my car in the middle of the street or nothing. Officer

Bradley Snipes needs to learn what probable cause and reasonable suspicion is.

The night in question (November 13, 2009) which the defendants illegally searched and impounded my car illegally, caused me to be illegally arrested, and four felony indictments of Robbery to be returned against me. In which there was no evidence of three of the robberies in the car. As well, the car had joint-ownership with Letoya M. Nance, and was from North Carolina. A lot of people drove the Camry.

The Plaintiff asserts equitable tolling to excuse his tardiness in filing this Civil Action, as his Attorney, Edmund Crackel (256) 519-9995, had all of the Police Reports in the criminal cases, and did not forward them to the Plaintiff until December 2011. After a review of the police reports, the Plaintiff discovered that the defendants had violated his Fourth Amendment Rights.