UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

JEFFREY S. CLEGG,            )
                             )
        Plaintiff            )
                             )
vs.                          )       Case No.  5:12-cv-00226-JHH-HGD
                             )
BRADLEY A. SNIPES, et al.,   )
                             )
        Defendants           )

## ORDER

The magistrate judge filed a report and recommendation on August 6, 2013, recommending that plaintiff's Fourth and Fourteenth Amendment claims against defendants concerning traffic stops and searches that occurred in 2009, plaintiff's subsequent arrest, and his grand jury indictments for robbery be dismissed for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. 23). The magistrate judge further recommended that plaintiff's Fourth Amendment illegal search and seizure claim against defendant Jason Potter be referred to the magistrate judge for further proceedings. *Id*. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED.  It is therefore ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims in this action except his Fourth Amendment claim against defendant Jason Potter are DISMISSED pursuant to 28 U.S.C. § 1915A(b).  It is further ORDERED that plaintiff's Fourth Amendment claim against defendant Potter is REFERRED to the magistrate judge for further proceedings.

**DONE** this the ___25th___ day of September, 2013.

*James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE